UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:10CR265-FDW |
|---|---|---|
| v. | ) ) ) | **ORDER OF DISMISSAL** |
| JESUS SALAS REYES | ) | |

Leave of Court is hereby granted for the dismissal without prejudice of the Bill of Indictment.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

Signed: March 2, 2012

_____
Frank D. Whitney
United States District Judge